UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Randy S. McNeill                                Docket No. 5:13-MJ-1605-1

**Petition for Action on Probation**

    COMES NOW Debbie W. Starling, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Randy S. McNeill, who, upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. §844(a), and Level 4 Driving While Impaired, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge on March 11, 2014, to a 12-month term of probation under the conditions adopted by the court. On June 11, 2014, the defendant's conditions of supervision were modified to include drug aftercare in response to drug use.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has been involved in substance abuse treatment through Raintree Clinic. However, he will not satisfy the required hours prior to his expiration on March 10, 2015. Additionally, he still owes $1,120 toward his fine, although this non-payment does not appear to be willful in that his monthly expenses far exceed his monthly income. In order to allow the defendant time to complete his treatment and pay his monetary obligation, it is respectfully requested that his supervision be extended for an additional 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

    That the term of supervision be extended for two months from the expiration date of March 10, 2015, to May 10, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2536 |
| | Executed On: March 9, 2015 |

**ORDER OF THE COURT**

Considered and ordered this __9th__ day of __March__, 2015 and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge